UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JORGE LOREDO TREJO,

    Petitioner,

v.

                              No. 1:26-CV-094-H

MARCELLO VILLEGAS, et al.,

    Respondents.

## ORDER

Jorge Loredo Trejo petitioned for a writ of habeas corpus challenging his re-detention pending the completion of removal proceedings. Dkt. No. 1. The respondents inform the Court that Loredo Trejo applied for, and received, a post-conclusion order of voluntary departure under 8 U.S.C. § 1229c(a). Dkt. Nos. 10 at 1; 10-1 at 5. ICE's Online Detainee Locator System indicates that he is no longer in the respondents' custody. Because Loredo Trejo has voluntarily departed the United States, the Court concludes that his petition is moot. *Cf. Nieto-Ramirez v. Holder*, 583 F. App'x 330, 331–32 (5th Cir. 2014) (dismissing petition as moot because the court could "not effect [a] bond hearing"). Thus, the petition (Dkt. No. 1) is dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

So ordered on August __4__, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE